UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH BOULLION, ET AL.<br><br>  Defendants. | CIVIL ACTION NO. 19-9845<br><br>SECTION "D" 5<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE MICHAEL B. NORTH |

**PLAINTIFF LIBERTY MUTUAL INSURANCE COMPANY'S
WITNESS LIST AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Liberty Mutual Insurance Company ("Liberty Mutual"), who, pursuant to the Court's September 5, 2019 Scheduling Order, identifies the following witnesses who may or will be called to testify by Liberty Mutual, and the exhibits which may or will be used at the five-day trial of this Action. Liberty Mutual has a pending motion for summary judgment, and the Claimant Defendants and Trustee have pending motions to dismiss, the resolution of which may resolve this matter in its entirety or materially alter the scope of the case and, therefore, the scope of discovery. Liberty Mutual reserves the right to amend this witness and exhibit list depending on the Court's ruling on the pending motions.

**I.  Witnesses**

  A.  Plaintiff

   1. Patricia McGonagle, Resolute Management Inc., regarding the search for liability policies allegedly issued by Liberty Mutual to the Reilly-Benton Company, Inc. ("Reilly-Benton");

   2. Timothy Healey, Resolute Management Inc., regarding the settlement with Reilly-Benton and exhaustion of alleged policies;

- 2 -

      3. Fred Wiedmann, Assistant Vice President of Direct Claims at Resolute Management Inc., regarding the settlement with Reilly-Benton and exhaustion of alleged policies.

  B. Trustee Defendant

      1. Kevin M. Neyrey, as Trustee of the Reilly-Benton Asbestos Bodily Injury Claim Trust;

      2. Any designated corporate representative of the Reilly-Benton Asbestos Bodily Injury Claim Trust; and,

      3. Custodian of Records for the Reilly-Benton Asbestos Bodily Injury Claim Trust.

  C. Other

      1. Although it is premature for Liberty Mutual to name a rebuttal expert to claimant defendants' yet-to-be disclosed insurance expert, Liberty Mutual may disclose James A. Robertson, Interisk Insurance, as a rebuttal insurance expert;

      2. Any witness who will offer rebuttal testimony to Defendants' fact and/or expert witnesses;

      3. Any witnesses necessary to authenticate any and all documents offered, listed and/or introduced by any party;

      4. Any witness deposed in this matter; and,

      5. Any witness for impeachment.

II. Exhibits

      1. Settlement Agreement and Release, bates numbered LMSTEIB-

- 3 -

00000001-00000057 (Confidential-subject to Protective Order);

2. Declaration of Patricia McGonagle in Response to Subpoena Issued by Lumbermen's Mutual Insurance Company, bates labeled Liberty Mutual-Reilly Benton 0001-0004;

3. Certificates of Insurance bates numbered Liberty Mutual-Reilly Benton 0006-0008;

4. Commercial General Liability policies issued to Reilly-Benton Company, Inc., bates numbered Liberty Mutual-Reilly Benton 0010-0047 and 0049-0080;

5. Agreement for Defense and Indemnification of Asbestos Bodily Injury Suits, bates numbered Liberty Mutual-Reilly Benton 0081-0090;

6. 9/12/06 Letter from Christopher Murray of Liberty Mutual to Warren K. Watters, Nino M. Sgro, Audrey Allen, Sarah Eron, and Dorothy M. Arimond, bates labeled Liberty Mutual-Reilly Benton 0091-0092;

7. 10/5/06 Letter from Christopher Murray of Liberty Mutual to Warren K. Watters, Nino M. Sgro, Audrey Allen, Sarah Eron, and Dorothy M. Arimond, bates labeled Liberty Mutual-Reilly Benton 0093-0094;

8. 10/17/07 and 10/18/07 Emails to Sarah Johnson from Hugh Scott and from Sarah Johnson to Hugh Scott, bates labeled Liberty Mutual-Reilly Benton 0095;

9. 8/24/07 Letter from Diane Preston of Liberty Mutual to Warren K. Watters, Nino M. Sgro, Audrey Allen, Sarah Eron, and Dorothy M. Arimond, bates labeled Liberty Mutual-Reilly Benton 0096-0097;

10. 11/26/07 Email from Hugh Scott to Sarah Johnson with attached exhaustion and claims payment spreadsheets, bates numbered Liberty Mutual-Reilly Benton 0098-0110;

11. Loss run spreadsheet bates labeled Liberty Mutual-Reilly Benton 0111-0117;

12. Documents supporting exhaustion of alleged policies, including but not limited to documents bates labeled Liberty Mutual-Reilly Benton 000200-002655;

13. Records reflecting the evaluation and payment of claims by the Trustee of the Reilly-Benton Asbestos Bodily Injury Claim Trust, which have yet to be produced by the Trustee;

14. Accounting records reflecting disbursements by the Trustee from the Reilly-Benton Asbestos Bodily Injury Claim Trust, which have yet to be produced by the Trustee;

15. Copies of any documents produced by or obtained by Defendants or Liberty Mutual;

16. Defendants' responses to all discovery requests, including exhibits thereto;

17. Any deposition transcripts, including deposition exhibits, and/or videos taken in this case not subject to objection by Liberty Mutual;

18. Pleadings, discovery responses, and other documentation from this Action and any litigation brought by the Claimant Defendants against Liberty Mutual and other defendants; and

19. All expert reports with exhibits and attachments, including materials relied

- 5 -

on by the expert, not subject to objection by Liberty Mutual.

Liberty Mutual reserves all rights to amend and/or supplement this list of witnesses and exhibits as additional information is obtained and/or made available through the proceedings in this Action.

Respectfully Submitted,

/s/ H. Minor Pipes, III
H. Minor Pipes, III, 24603
PIPES MILES BECKMAN LLC
1100 Poydras Street, Suite 1800
New Orleans, LA 70163
Tel.: (504) 322-7101
Fax: (504) 322-7520
mpipes@pipesmiles.com

Robert A. Kole, *Pro Hac Vice*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel: (617) 248-5000
Fax: (617) 248-4000
rkole@choate.com

*Attorneys for Plaintiff Liberty Mutual Insurance Company*

Dated: December 13, 2019

9540042v1

- 6 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all parties of record via filing through the electronic filing system on this 13th day of December, 2019.

/s/ H. Minor Pipes, III

9540042v1